IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PRESIDENTIAL CANDIDATE NUMBER P60005535, § § § § § *Plaintiff*, § § v. § § UNITED STATES PATENT AND § TRADEMARK OFFICE, UNITED STATES § DEPARTMENT OF COMMERCE, NASA § GODDARD SPACE FLIGHT CENTER, § KENNEDY SPACE CENTER, AMERICAN § INSTITUTE OF PHYSICS, NATIONAL § SCIENCE FOUNDATION, § § *Defendants*. § | | NO. 1:25-CV-00167-MJT  JUDGE MICHAEL TRUNCALE |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

On April 10, 2025, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pre-trial management. After filing his complaint, *pro se* Plaintiff Presidential Candidate Number P60005535, also known as Ronald Satish Emrit, filed a *Notice of Appeal* [Dkt. 3] requesting immediate transfer of this case to the United States Court of Appeals for the Fifth Circuit. On August 19, 2025, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 4] recommending dismissal without prejudice and denial of the *Notice of Appeal* [Dkt. 3] as premature, subject to refiling once a final judgment is entered. Emrit did not object to the *Report and Recommendation* [Dkt. 4] and the time for doing so has passed, although the report was returned to the Court as undeliverable [Dkt. 5].

Emrit's allegations are fanciful, fantastic, and delusional. Emrit is seeking $500,000,000,000 in an incoherent attempt to sue six federal agencies and scientific organizations premised on the theory that they interfered with his ability to obtain patents for three speculative theories about black holes, white holes, wormholes, quantum mechanics, special relativity, general relativity, and astrophysics. The filing does not have any plausible cause of action or jurisdictional basis.

It is therefore ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 4] is ADOPTED. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED this 30th day of September, 2025.**

_____
Michael J. Truncale
United States District Judge